IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACEY MCCALL, as administratrix of the estate of Jonathan McCall and as Guardian Ad Litem of the minor child of Jonathan McCall, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | CIVIL ACTION NO. |
| v. | )<br>) | 1:11cv559-MHT<br>(WO) |
| HOUSTON COUNTY, et al., | )<br>) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 103), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Ronnie Phillips a/k/a Roni Phillips and the claims against him are dismissed, with the parties to bear their own costs.  Defendant Phillips is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 17th day of December, 2013.

                 <u>/s/ Myron H. Thompson</u>
                 **UNITED STATES DISTRICT JUDGE**