```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


TRACEY McCALL, as              )
administratrix of the          )
estate of Jonathan McCall      )
and as Guardian Ad Litem       )
of the minor child of          )
Jonathan McCall,               )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )     1:11cv559-MHT
                               )          (WO)
KEITH REED, et al.,            )
                               )
     Defendants.               )
```

                            ORDER

By agreement of the parties, it is ORDERED that the motion for Rule 54(b) certification (doc. no. 195) is granted.

DONE, this the 11th day of August, 2014.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE