IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TRACEY McCALL, as              )
administratrix of the          )
estate of Jonathan McCall      )
and as Guardian Ad Litem       )
of the minor child of          )
Jonathan McCall,               )
                               )
     Plaintiff,                )
                               )       CIVIL ACTION NO.
     v.                        )         1:11cv559-MHT
                               )             (WO)
KEITH REED, et al.,            )
                               )
     Defendants.               )
```

ORDER

By agreement of the parties, it is ORDERED as follows:

(1) Paragraph numbered (3) of the judgment entered on July 3, 2014 (doc. no. 183), is vacated.

(2) Paragraph numbered (4)(A) of the judgment entered on July 3, 2014 (doc. no. 183), is vacated.  Paragraph numbered (4)(B) of said judgment is not vacated.

    (3) Paragraph numbered (6)(A) of the judgment entered on July 3, 2014 (doc. no. 183), is vacated.  Paragraph numbered (6)(B) of said judgment is not vacated.

    DONE, this the 11th day of August, 2014.

                                      /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE