IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

TRACEY MxCALL, as            )
administratrix of the        )
estate of Jonathan McCall    )
and as Guardian Ad Litem     )
of the minor child of        )
Jonathan McCall,             )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          1:11cv559-MHT
                             )              (WO)
KEITH REED, et al.,          )
                             )
     Defendants.             )

JUDGMENT

For the reasons stated in the opinion entered on July 3, 2014 (doc. no. 182) and because the court expressly finds and determines pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that there is no reason for delay, it is the ORDER, JUDGMENT, and DECREE as follows:

(1) It is directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that final judgment be, and it is hereby, entered in favor of defendant Houston

County and against plaintiff Tracey McCall on the following claims, with plaintiff McCall taking nothing against defendant Houston County as to these claims: the claims under the Fourteenth Amendment, as enforced through 42 U.S.C. § 1983; Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 et seq.; and § 504 of the Rehabilitation Act, 29 U.S.C. § 794. Because judgment has been entered in favor of defendant Houston County on all the claims against it, defendant Houston County is terminated as a party.

(2) It is directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that final judgment be, and it is hereby, is entered in favor of defendant James West and against plaintiff McCall on the following claim, with plaintiff McCall taking nothing from defendant West as to this claim: the claim under the Fourteenth Amendment, as enforced through 42 U.S.C. § 1983.

(3) It is directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that final judgment be,

and it is hereby, entered in favor of defendant Keith Reed and against plaintiff McCall on the following claim, with plaintiff McCall taking nothing from defendant Reed as to this claim: the claim under the Fourteenth Amendment, as enforced through 42 U.S.C. § 1983.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of August, 2014.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE