IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TRACEY McCALL, as administratrix of the estate of Jonathan McCall and as Guardian Ad Litem of the minor child of Jonathan McCall,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KEITH REED, et al.,  )<br>  )<br>Defendants.  ) | CIVIL ACTION NO.<br>1:11cv559-MHT<br>(WO) |

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the stay previously entered (Doc. No. 203) is dissolved; that the joint motion to dismiss (Doc. No. 204) is granted; and that the claims against defendants Keith Reed, James West, and Ashley Kennedy are dismissed with prejudice, with the parties to bear their own costs. Defendants Reed, West, and Kennedy are terminated as parties.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case remains closed.**

**DONE, this the 3rd day of September, 2014.**

                                                  /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**