IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TRACEY McCALL, as              )
administratrix of the          )
estate of Jonathan McCall,     )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      1:11cv559-MHT
                               )          (WO)
KEITH REED, et al.,            )
                               )
    Defendants.                )
```

### ORDER

It is ORDERED that plaintiff Tracey McCall's motion for leave to file a supplemental response to the report of the guardian ad litem (doc. no. 219) is granted.

DONE, this the 29th day of June, 2015.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**