IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TRACEY McCALL, as              )
administratrix of the          )
estate of Jonathan McCall,     )
and A.E.M., a minor,           )
                               )
     Plaintiffs,               )
                               )       CIVIL ACTION NO.
     v.                        )         1:11cv559-MHT
                               )             (WO)
KEITH REED, et al.,            )
                               )
     Defendants.               )
```

ORDER

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Tracey McCall's motion to set aside (doc. no. 207) is granted.

(2) The judgment entered on September 3, 2014 (doc. no. 205), is set aside, and this case is reopened, except that the stay remains dissolved.

(3) A.E.M., a minor, is added as a plaintiff.

DONE, this the 2nd day of July, 2015.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE